37 A.3d 1175

**Ex rel., Dante MORRIS, Relator in Propria Persona Sui Juris, Petitioner**

**v.**

**US DISTRICT COURT EASTERN DISTRICT, Respondent.**

**No. 131 EM 2011.**

Supreme Court of Pennsylvania.

Jan. 26, 2012.

### *ORDER*

PER CURIAM.

**AND NOW,** this 26th day of January, 2012, the Application for Leave to File Original Process and the Petition for Writ of Habeas Corpus are **DISMISSED.** *See* 18 U.S.C. § 3231 ("district courts of the United States shall have original jurisdiction, exclusive of the courts of the States, of all offenses against the laws of the United States.")